UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PLUS CONCRETE, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO.   13-06251** |
| **THREE C'S PROPERTIES, INC.** | **SECTION: "C" (1)** |

## ORDER

This matter comes before the Court on a Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the alternative, Motion to Compel Mediation and Stay Litigation filed by the defendant, The Three C's Properties, Inc. Rec. Doc. 4. Having considered the record, the memoranda of counsel and the law, the Court has determined that the motion to dismiss is DENIED for the following reasons.

The plaintiff, Plus Concrete, Inc., alleges that they are owed more than $500,000 from the defendant for construction work performed. Rec. Doc. 1; Rec. Doc. 6 at 1. The plaintiff also alleges that the defendant's failure to pay the plaintiff for the work performed is a violation of Louisiana Statutory law, a breach of contract, and amounts to "unfair trade practices and/or suit on open account." Rec. Doc. 6 at 1.

Both parties agree that there is a valid and enforceable mediation clause in the subcontract between the parties. Rec. Doc. 4-3 at 18; Rec. Doc. 4-1 at 2; Rec. Doc. 6 at 2. The defendant, in their motion to dismiss filed on December 24, 2013, asserts that the Court lacks subject matter jurisdiction because of the agreement to mediate. Rec. Doc. 4 at 1. In the alternative, the defendant asserts that

the Court should stay the litigation and compel mediation. *Id*. However, a mediation was thereafter held between the parties on January 27, 2014. Rec. Doc. 6 at 2. Because there is nothing to suggest that the parties failed to negotiate in good faith, the mediation fulfilled the obligation to mediate. The alternative Motion to Compel Mediation and Stay Litigation is now moot. Additionally, since the parties did not resolve the dispute at the mediation, the parties can now proceed with the pending litigation.

Therefore,

**IT IS ORDERED** that the defendant's motion to dismiss is **DENIED**. Rec. Doc. 4.

New Orleans, Louisiana, this 3rd day of April , 2014.

_____
UNITED STATES DISTRICT JUDGE